IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM SOTO, G49875,                  )
                                       )
                Petitioner,            )      No. C 16-6850 CRB (PR)
                                       )
        vs.                            )      ORDER OF TRANSFER
                                       )
CHRISTIAN PFEIFFER, Warden,            )
                                       )
                Respondent.            )
_____       )

    Petitioner seeks federal habeas review of a conviction from Yolo County
Superior Court, which lies within the venue of the Eastern District of California.  See 28
U.S.C. § 84(b).  Petitioner is incarcerated at Kern Valley State Prison in Kern County,
which also lies within the venue of the Eastern District of California.  See id.

    Venue is proper in a habeas action in either the district of confinement or the
district of conviction, see id. § 2241(d); however, petitions challenging a conviction
preferably are heard in the district of conviction.   See Habeas L.R. 2254-3(a);
Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993).

    Because Yolo County lies in the Eastern District of California, the court
ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in
the interest of justice, this petition be TRANSFERRED to the United States District
Court for the Eastern District of California.

    The clerk shall transfer this matter forthwith.

SO ORDERED.

DATED:  12/2/2016

                        CHARLES R. BREYER
                        United States District Judge

G:\PRO-SE\CRB\HC.16\Soto, W.16-6850.transfer.wpd